FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2014 JUL 24  PM 4:25

WILLIAM W. BLEVINS
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR CONSPIRACY AND FOR VIOLATION OF THE FEDERAL GUN CONTROL ACT

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-151 |
| v. | * | SECTION: SECT. R MAG. 3 |
| RICKEY COLEMAN | * | VIOLATIONS: 18 U.S.C. § 371 |
| ORONDE GABRIEL | | 18 U.S.C. § 922(g)(1) |
| | * | 18 U.S.C. § 924(a)(2) |
| | * | |
| * | * | * |

The Grand Jury charges that:

### COUNT 1

**A.  THE CONSPIRACY**

Beginning at a time unknown, but prior to June 9, 2013, and continuing thereafter until the return of this indictment, in the Eastern District of Louisiana, the defendants, **RICKEY COLEMAN** and **ORONDE GABRIEL**, did knowingly and willfully combine, conspire, confederate, and agree together and with each other to make false and fictitious statements and representations to Academy Sports and Outdoors, store #61, located at 800 S. Clearview Parkway, Metairie, Louisiana ("Academy"), in connection with the acquisition of a firearm, to wit: a Taurus Pistol, Model PT709, 9mm, serial number TGN29448, from Academy, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, which statement was intended and likely to deceive Academy as to a fact material to the lawful sale of

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

said firearm, in that ASHLEY WARREN stated that she was the buyer when in fact **RICKEY COLEMAN** was the actual buyer in violation of Title 18, United States Code, Section 922(a)(6).

**B.   OVERT ACTS**

In furtherance of the conspiracy and to accomplish the objectives thereof, the defendants committed the following overt acts among others in the Eastern District of Louisiana:

1. On or before June 9, 2013, ASHLEY WARREN was solicited to help **RICKEY COLEMAN** and **ORONDE GABRIEL** acquire a firearm from a federally licensed firearms dealer because **RICKEY COLEMAN** and **ORONDE GABRIEL** could not purchase a firearm for themselves due to each being a previously convicted felon.

2. On or about June 9, 2013, **ORONDE GABRIEL** contacted ASHLEY WARREN and asked for her help in purchasing a firearm. On this date, **RICKEY COLEMAN, ORONDE GABRIEL** and ASHLEY WARREN drove to the Academy location in Metairie, Louisiana. **RICKEY COLEMAN** selected a firearm to purchase from a federally licensed firearms dealer and **ORONDE GABRIEL** instructed ASHLEY WARREN to purchase the firearm. The firearm cost $328.70 and was purchased with an Academy store merchandise card issued to **RICKEY COLEMAN**. **ORONDE GABRIEL** gave ASHLEY WARREN the said card to purchase the firearm, telling ASHLEY WARREN that she could keep the difference of $41.97 on the card in addition to a promised amount of $600.00 as compensation for making the purchase.

3. On or about June 9, 2013, ASHLEY WARREN visited the Academy in Metairie, Louisiana, and falsely answered question number 11a of a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, by representing that she was the actual buyer of the firearm, a Taurus Pistol, Model PT709, 9mm, serial number TGN29448, when in fact, **RICKEY COLEMAN** was the actual buyer.

4. On or about June 9, 2013, ASHLEY WARREN visited the Academy in Metairie, Louisiana, and, after falsely filling out a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, purchased the aforesaid firearm for **RICKEY COLEMAN** with **ORONDE GABRIEL**'s assistance from Academy.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about July 24, 2013, in the Eastern District of Louisiana, the defendant, **RICKEY COLEMAN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on or about October 5, 2011, in the 24th Judicial District of the Parish of Jefferson, Docket Number 10-4796, for Possession of Cocaine, in violation of La. R.S. 40:967 (C), did knowingly possess a firearm, that is, a Taurus Pistol, Model PT709, 9mm, serial number TGN29448; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

On or about June 9, 2013, in the Eastern District of Louisiana, the defendant, **ORONDE GABRIEL**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on or about October 12, 2004, in the Criminal District Court for the Parish of Orleans, Docket Number 451-133, "C," for Possession of Marijuana (Second Offense), in violation of La. R.S. 40:966 (E)(2), did knowingly possess a firearm, that is, a Taurus Pistol, Model PT709, 9mm, serial number TGN29448; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 3 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of the offenses alleged in Counts 1 through 3, defendants, **RICKEY COLEMAN** and **ORONDE GABRIEL**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461, any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, Section 922, as alleged in Counts 1 through 3 of the Indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 922 and 924.

A TRUE BILL:

FOREPERSON'S SIGNATURE
HAS BEEN REDACTED

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

EDWARD J. RIVERA
Assistant United States Attorney

New Orleans, Louisiana
July 24, 2014

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

RICKEY COLEMAN
ORONDE GABRIEL

## INDICTMENT

INDICTMENT FOR CONSPIRACY AND OR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

VIOLATIONS: 18 U.S.C. § 371
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

A true bill.

FOREPERSON'S SIGNATURE HAS BEEN REDACTED

Filed in open court this _____ day of _____ A.D. 2014.

_____ Clerk

Bail, $ _____

Edward J. Rivera
Assistant United States Attorney